UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICKEY EVANS (#108026)

VERSUS

PERRY STAGG, ET AL.

CIVIL ACTION

NO. 09-337-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated June 29, 2010 (doc. no. 37). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this action is DISMISSED, without prejudice, for failure of the plaintiff to pay the court's filing fee.

Baton Rouge, Louisiana, this 4th day of August, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA